ORIGINAL

FILED

06/19/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0327

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0327

LUKE STROMMEN,

Petitioner,

v.

MONTANA SEVENTEENTH JUDICIAL
DISTRICT COURT, VALLEY COUNTY,
THE HONORABLE JOHN W. LARSON,
PRESIDING,

Respondent.

ORDER

FILED

JUN 19 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Petitioner Luke Strommen, via counsel, has asked us to exercise supervisory control over the Seventeenth Judicial District Court, Valley County, in that court's Cause No. DC-18-32. Specifically, Strommen asks us to reverse the District Court's June 15, 2020 Order Denying Motion to Continue Trial. Goodman alleges supervisory control is necessary in this case because his Constitutional rights are at stake and the District Court is causing a gross injustice by forcing him to proceed to trial with all witnesses appearing remotely and the public barred from attendance.

Having reviewed the Petition and the challenged Order, this Court deems it appropriate to obtain a summary response. With trial currently set for July 13, 2020, we find it necessary to do so on an expedited schedule. Therefore, in accordance with M. R. App. P. 14(7),

IT IS ORDERED that the Seventeenth Judicial District Court and the State of Montana, or both, are granted until Monday, June 29, 2020, to prepare, file, and serve a response(s) to the petition for writ of supervisory control.

The Clerk is directed to provide copies of this Order to the Hon. John W. Larson, Seventeenth Judicial District, and to all counsel of record in the Seventeenth Judicial District Court's Cause No. DC-18-32.

Dated this 19th day of June, 2020.

For the Court,

By _____

Justice